UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| PEDRO QUINTERO ENRIQUES aka MIGUEL ANGEL QUINTERO,<br><br>Petitioner,<br><br>v.<br><br>BRIAN BIRKHOLTZ, WARDEN,<br><br>Respondent. | Case No. 2:23-cv-10385-JFW (DTB)<br><br>**ORDER TO SHOW CAUSE REGARDING FAILURE TO UPDATE ADDRESS** |

On December 11, 2023, petitioner filed a Petition for Writ of Habeas Corpus herein. (Dkt. # 1.) On December 20, the Court issued an Order Requiring Response to Petition ("Order"). (Dkt. # 5.) In response to the Court's Order, on January 4, 2024, respondent filed a Motion to Dismiss or Transfer Petition for Writ of Habeas Corpus ("Motion"). (Dkt. # 7.) On January 18, 2024, petitioner filed an Amended Petition for Writ of Habeas Corpus ("Amended Petition") (Dkt. # 9.) On January 25, 2024, the Court denied the Motion as moot and ordered respondent to file a response to the Amended Petition. (Dkt. # 11.) As respondent had not filed a response within the allotted time, on February 26, 2024, the Court, *sua sponte*,

extended respondent's time within which to do so. (Dkt. # 13.) On February 28, 2024, respondent filed a Motion to Dismiss or Transfer of Amended Petition for Writ of Habeas Corpus ("Motion to Dismiss"). (Dkt. # 14.) On April 15, 2024, as petitioner had not filed an opposition to the Motion to Dismiss within the allotted time, the Court, *sua sponte*, extended petitioner's time within which to do so ("04/15/24 Order"). (Dkt. # 16.) On April 29, 2024, the Court received its 04/15/24 Order returned from the institution marked as "Return to Sender – Not Deliverable as Addressed – Unable to Forward." (Dkt. # 17.)

Pro se litigants are required to keep the Court and opposing parties apprised of their current address. Central District of California Local Rule 41-6. Therefore, petitioner is ordered to show cause why this action should not be dismissed for lack of prosecution and failing to comply with the Court's Local Rules. Petitioner may alternatively file a Notice of Change of Address to discharge this Order to Show Cause. Petitioner's response is due no later than **May 31, 2024.**

**Petitioner is hereby cautioned that failing to comply with this Order to Show Cause may result in the recommendation that this action be dismissed for failure to prosecute and failure to comply with the Court's Local Rules.**

Dated: May 7, 2024

DAVID T. BRISTOW
United States Magistrate Judge

2